**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 14-70126-JAD |
| William A. Fleming and | : | |
| Bridget R. Fleming, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| William A. Fleming and | : | |
| Bridget R. Fleming, | : | Related to Docket No. 112 |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage, LLC, | : | |
| Respondent | : | |

### ORDER

AND NOW, this __10th__ day of __August__, 2016, upon consideration of the Objection to Nationstar Mortgage, LLC's Mortgage Payment Change Notice dated June 8, 2016 it is hereby ORDERED and DECREED as follows:

1. The payment change notice and monthly payment change as stated in the mortgage payment change notification dated June 8, 2016, by Nationstar Mortgage, LLC, is Disallowed.

2. The monthly payment to Nationstar Mortgage, LLC shall remain the same in the Confirmed Plan dated October 15, 2015 until further Order of Court.

BY THE COURT:

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

FILED
8/10/16 9:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William A Fleming  
Bridget R Fleming  
    Debtors

Case No. 14-70126-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: Aug 10, 2016  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.
db/jdb       +William A Fleming,   Bridget R Fleming,   10 Scott Lane,   Philipsburg, PA 16866-8550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kenneth P. Seitz    on behalf of Debtor William A Fleming thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Bridget R Fleming thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                               TOTAL: 8