Form 237

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William A Fleming** | : | Case No. 14–70126–JAD |
| **Bridget R Fleming** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Nationstar Mortgage LLC | : | |
| *Movant,* | : | Related to Claim No. 8 |
| | : | |
| v. | : | |
| William A Fleming | : | |
| Bridget R Fleming | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **30th day of March, 2017,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Nationstar Mortgage LLC*** at Claim No. 8 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-70126-JAD
William A Fleming                                                         Chapter 13
Bridget R Fleming
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin            Page 1 of 1            Date Rcvd: Mar 30, 2017
                              Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
db/jdb        +William A Fleming,   Bridget R Fleming,   10 Scott Lane,   Philipsburg, PA 16866-8550
14308019      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Nationstar Mortgage LLC ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Kenneth P. Seitz    on behalf of Joint Debtor Bridget R Fleming thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor William A Fleming thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9