**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-70126-JAD |
| William A. Fleming and | : | |
| Bridget R. Fleming, | : | Chapter 13 |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED APRIL 19, 2017**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 24th day of April, 2017, a true and exact copy of the Notice of the Proposed Modification to Confirmed Plan dated April 19, 2017, the Amended Chapter 13 Plan dated April 19, 2017, along with a copy of the Order dated April 21, 2017, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>April 24, 2017</u>

Respectfully submitted,
__/s/ Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 14-70126-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Tue Sep 15 11:47:15 EDT 2015 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Afni<br>Po Box 3097<br>Bloomington, IL 61702-3097 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 | Credit Coll<br>Po Box 9134<br>Needham, MA 02494-9134 | First National Collect<br>610 Waltham Way<br>Mccarran, NV 89434-6695 |
| Full Service Network<br>600 Grant St Fl 30<br>Pittsburgh, PA 15219-2702 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding, LLC its successors and assigns<br>assignee of Household Bank (SB), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of North Star Capital<br>Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of OSI Portfolio Services, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 | Nationstar<br>Po Box 199111<br>Dallas, TX 75235 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Nco Fin/09<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>331 Newman Springs Rd<br>Building 3<br>Red Bank, NJ 07701-5688 |
| Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 | Pennsylvania American Water<br>PO Box 578<br>Alton, IL 62002-0578 | Phelan, Hallinan, LLP<br>c/o John D. Krohn, Esquire<br>1617 John F. Kennedy Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rzzk Medical Supply<br>P.O. Box 520<br>Carrolltown, PA 15722-0520 |
| Rjm Acquisitions Llc<br>575 Underhill Blvd, Suite 224<br>Syosset, NY 11791-4437 | Rmg Systms<br>Po Box 44414<br>Eden Prairie, MN 55344-1414 | Scnd Chnc Au<br>4801 S. Eagle Vall<br>Julian, PA 16844-9703 |
| Tyrone Hospital<br>187 Hospital Drive<br>Tyrone, PA 16686-1898 | Unv Fidlty<br>1445 Langham Creek<br>Houston, TX 77084-5012 | Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 |

Bridget R Fleming
10 Scott Lane
Philipsburg, PA 16866-8550

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

William A Fleming
10 Scott Lane
Philipsburg, PA 16866-8550

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-

Nationstar Mortgage, LLC.
Attention: Bankruptcy Department
P.O. Box 630267
Irving, TX 75063

Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC

End of Label Matrix
Mailable recipients   33
Bypassed recipients    1
Total                 34