**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 14-70126-JAD** |
| **William A. Fleming and** | : | |
| **Bridget R. Fleming,** | : | **Chapter 13** |
| | : | |
| **Debtors** | : | **Docket No. 133** |
| **William A. Fleming and** | : | |
| **Bridget R. Fleming,** | : | |
| **Movants** | : | |
| vs. | : | |
| | : | |
| **Afni,** | : | |
| **American InfoSource, LP,** | : | |
| **Credit Collection,** | : | |
| **First National Collection,** | : | |
| **Full Service Network,** | : | |
| **Jefferson Capital Systems, LLC,** | : | |
| **LVNV Funding, LLC,** | : | |
| **Midland Funding,** | : | |
| **National Recovery Agency,** | : | |
| **Nationstar Mortgage, LLC,** | : | |
| **Nco Fin/09,** | : | |
| **Penelec,** | : | |
| **Pennsylvania American Water,** | : | |
| **Phelan, Hallinan, LLP,** | : | |
| **Portfolio Recovery Associates,** | : | |
| **Rezk Medical Supply,** | : | |
| **Rjm Acquistions, LLC,** | : | |
| **RMG Systems,** | : | |
| **Second Chance Auto,** | : | |
| **Tyrone Hospital,** | : | |
| **Unv Fidlty,** | : | |
| **Webbank/Fingerhut,** | : | |
| **Respondents** | : | |
| **and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant, a response to the motion no later than **July 6, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this your lawyer at once.

A hearing will be held on **Friday, July 28, 2017, at 10:00 AM** before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: June 19, 2017

Attorney for Movants/Applicants:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536.7470
Fax: 814.536.9924