# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
: Case No. 14-70126-JAD
**William A. Fleming and** :
**Bridget R. Fleming,** : Chapter 13
       **Debtors** :
:
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 20th day of June, 2017, a true and correct copy of the Order dated June 19, 2017, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    VILLAGE AT PENN STATE
    250 NORTH BETHLEHEM PIKE
    AMBLER, PA 19002

    WILLIAM A. FLEMING
    BRIDGET R. FLEMING
    10 SCOTT LANE
    PHILIPSBURG, PA 16866

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 20, 2017

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA 15658
(814) 536-7470
Attorney for Debtors