**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 14-70126-JAD** |
| **William A. Fleming and** | : | |
| **Bridget R. Fleming,** | : | **Chapter 13** |
| | : | |
| **Debtors** | : | **Docket No. 136** |
| **William A. Fleming and** | : | |
| **Bridget R. Fleming,** | : | **Hearing Date & Time: July 28, 2017** |
| **Movants** | : | **10:00 AM** |
| vs. | : | |
| | : | |
| **Afni,** | : | |
| **American InfoSource, LP,** | : | |
| **Credit Collection,** | : | |
| **First National Collection,** | : | |
| **Full Service Network,** | : | |
| **Jefferson Capital Systems, LLC,** | : | |
| **LVNV Funding, LLC,** | : | |
| **Midland Funding,** | : | |
| **National Recovery Agency,** | : | |
| **Nationstar Mortgage, LLC,** | : | |
| **Nco Fin/09,** | : | |
| **Penelec,** | : | |
| **Pennsylvania American Water,** | : | |
| **Phelan, Hallinan, LLP,** | : | |
| **Portfolio Recovery Associates,** | : | |
| **Rezk Medical Supply,** | : | |
| **Rjm Acquistions, LLC,** | : | |
| **RMG Systems,** | : | |
| **Second Chance Auto,** | : | |
| **Tyrone Hospital,** | : | |
| **Unv Fidlty,** | : | |
| **Webbank/Fingerhut,** | : | |
| **Respondents** | : | |
| and | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Debtors' Motion to Dismiss Chapter 13 Case filed on June 19, 2017, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtors' Motion to Dismiss Chapter 13 Case appears thereon. Pursuant to the Notice of Hearing, objections to the Debtors' Motion to Dismiss Chapter 13 Case were to be filed and served no later than July 6, 2017.

It is hereby respectfully requested that the Order attached to the Debtors' Motion to Dismiss Chapter 13 Case be entered by the Court.

Dated: July 7, 2017                    /s/ Kenneth P. Seitz, Esquire
                                       Kenneth P. Seitz, Esquire
                                       PA I.D. # 81666
                                       The Law Offices of Kenny P. Seitz
                                       P.O. Box 211
                                       Ligonier, PA 15658
                                       (814) 536-7470