IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | **DEFAULT O/E JAD** |
| | : | |
| WILLIAM A. FLEMING AND | : | Bankruptcy No. <u>14-70126-JAD</u> |
| BRIDGET R. FLEMING, | : | |
| | : | Doc. No. <u>136</u> |
| | : | FILED |
| | : | 7/11/17 1:27 pm |
| | : | CLERK |
| Debtor(s) | : | Chapter 13    U.S. BANKRUPTCY |
| | : | COURT - WDPA |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### AND TERMINATING INCOME ATTACHMENT

AND NOW, this <u>11th</u> day of <u>July</u>, <u>2017</u>, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

00020731

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-70126-JAD
William A Fleming                                                   Chapter 13
Bridget R Fleming
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: lfin              Page 1 of 2         Date Rcvd: Jul 11, 2017
                               Form ID: pdf900         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db/jdb         +William A Fleming,    Bridget R Fleming,    10 Scott Lane,    Philipsburg, PA 16866-8550
13901516       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13806104       +First National Collect,    610 Waltham Way,    Mccarran, NV 89434-6695
14308019      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
13806108        Nationstar,    Po Box 199111,    Dallas, TX 75235
13870299       +Penelec,    331 Newman Springs Rd,    Building 3,    Red Bank, NJ 07701-5688
13806110       +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
13806114       +Rezk Medical Supply,    P.O. Box 520,    Carrolltown, PA 15722-0520
13806115       +Rmg Systms,    Po Box 44414,    Eden Prairie, MN 55344-1414
13806116       +Scnd Chnc Au,    4801 S. Eagle Vall,    Julian, PA 16844-9703
13806117       +Tyrone Hospital,    187 Hospital Drive,    Tyrone, PA 16686-1898
13806118       +Unv Fidlty,    1445 Langham Creek,    Houston, TX 77084-5012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13806102       +E-mail/Text: EBNProcessing@afni.com Jul 12 2017 01:17:26      Afni,    Po Box 3097,
                 Bloomington, IL 61702-3097
13806103       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 12 2017 01:17:36      Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13806105       +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Jul 12 2017 01:17:09
                 Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
13835998        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 12 2017 01:17:28      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-
13870452        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2017 01:17:56
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI Portfolio Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13901528        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2017 01:18:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13901584        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 12 2017 01:18:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of Household Bank (SB), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13806106       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2017 01:17:23      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13806107       +E-mail/Text: Bankruptcies@nragroup.com Jul 12 2017 01:17:38      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13806109       +E-mail/Text: bankruptcydepartment@tsico.com Jul 12 2017 01:17:35      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
13906013        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2017 01:18:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
13806111       +E-mail/Text: csc.bankruptcy@amwater.com Jul 12 2017 01:17:36      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
13806112       +E-mail/Text: paul.cressman@phelanhallinan.com Jul 12 2017 01:17:32      Phelan, Hallinan, LLP,
                 c/o John D. Krohn, Esquire,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
13806113       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2017 01:37:27
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13806119       +E-mail/Text: bnc-bluestem@quantum3group.com Jul 12 2017 01:17:32      Webbank/Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage LLC
13888352*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    Attention: Bankruptcy Department,
                 P.O. Box 630267,    Irving, TX 75063)
13814028      ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                               TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7           User: lfin                Page 2 of 2           Date Rcvd: Jul 11, 2017
                               Form ID: pdf900           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor   Nationstar Mortgage LLC ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor     Nationstar Mortgage LLC pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Kenneth P. Seitz    on behalf of Joint Debtor Bridget R Fleming thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor William A Fleming thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```