
**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM A FLEMING
BRIDGET R FLEMING
Debtor(s)

Case No.:14-70126 JAD

Ronda J. Winnecour
Movant
vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/05/2014 and confirmed on 08/19/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,019.28 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,019.28 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,981.69 | |
|    Trustee Fee | 1,572.34 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,554.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5417 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 8,960.49 | 8,960.49 | 0.00 | 8,960.49 |
|     Acct: 5417 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 18,904.10 | 0.00 | 18,904.10 |
|     Acct: 5417 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5417 | | | | |
|   SECOND CHANCE AUTO | 8,900.00 | 5,565.38 | 1,035.28 | 6,600.66 |
|     Acct: X0595 | | | | |
| | | | | 34,465.25 |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 4,000.00 | 3,981.69 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A FLEMING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 14-70126 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | | |
| | NATIONSTAR MORTGAGE LLC(*) | 2,350.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5417 | | | | |
| | *** N O N E *** | | | | |
| **Unsecured** | | | | | |
| | AMERICAN INFOSOURCE LP - AGENT DIRE | 525.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 6059 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX1968 | | | | |
| | FIRST NATIONAL COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX1560 | | | | |
| | FULL SERVICE NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX6603 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX4778 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX2859 | | | | |
| | NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX6511 | | | | |
| | NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX2307 | | | | |
| | PENELEC/FIRST ENERGY** | 1,088.37 | 0.00 | 0.00 | 0.00 |
| | Acct: 8381 | | | | |
| | PENNSYLVANIA-AMERICAN WTR CO* | 1,983.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 3730 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 311.12 | 0.00 | 0.00 | 0.00 |
| | Acct: 2394 | | | | |
| | REZK MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXX5104 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 120.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 4218 | | | | |
| | UNIVERSAL FIDELITY CORPORATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXX4412 | | | | |
| | WEBBANK-FINGERHUT | 246.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 9937 | | | | |
| | RJM ACQUISITIONS LLC*++ | 21.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 5277 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 267.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 5036 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 35.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 6122 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 476.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 3514 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,297.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 8355 | | | | |
| | *** N O N E *** | | | | |

TOTAL PAID TO CREDITORS                                                                                      34,465.25

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,350.00 |
| SECURED | 17,860.49 |
| UNSECURED | 7.373.30 |

Date: 08/23/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com